**DISMISS; and Opinion Filed March 19, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00163-CV

**E LOGISTICS AND MONIQUE WILLIAMS, Appellants**
**V.**
**SOUTHWEST INTERNATIONAL TRUCK, INC. D/B/A SOUTHWEST IDEALEASE,**
**Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-06449-C**

## MEMORANDUM OPINION
Before Justices FitzGerald, Fillmore and Evans
Opinion by Justice Fillmore

By unopposed motion filed March 13, 2014, appellants inform us they no longer wish to pursue the appeal. They move to dismiss the appeal and ask that costs be assessed against the party incurring them. We grant appellants' motion to the extent we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

140163F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

E LOGISTICS AND MONIQUE
WILLIAMS, Appellants

No. 05-14-00163-CV      V.

SOUTHWEST INTERNATIONAL
TRUCK, INC. D/B/A SOUTHWEST
IDEALEASE, Appellee

On Appeal from the County Court at Law
No. 3, Dallas County, Texas
Trial Court Cause No. CC-12-06449-C.
Opinion delivered by Justice Fillmore.
Justices FitzGerald and Evans participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Southwest International Truck, Inc. d/b/a Southwest Idealease recover its costs, if any, of this appeal from appellants E Logistics and Monique Williams.

Judgment entered this 19th day of March, 2014.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE